## VAUGHN *v.* TURNER & COMPANY *et al.*

FISH, C. J. Upon consideration of the pleadings and .other evidence submitted upon the hearing, the judge did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 892. NOVEMBER 16, 1918.

Petition for injunction.  Before Judge Thomas.  Colquitt superior court.  January 30, 1918.

*James L. Dowling* and *Erle B. Askew,* for plaintiff.

*W. J. Hammond,* for defendants.